JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-712-GW-MARx | Date | February 29, 2024 |
|---|---|---|---|
| Title | *Blayne McMullen v. Mercedes Benz USA, LLC* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Luis A. Serrano                                              Alexandra Lototsky

**PROCEEDINGS:**   TELEPHONIC ORDER TO SHOW CAUSE RE SETTLEMENT

Court and counsel confer re settlement. The Court orders the action to be administratively closed with it retaining jurisdiction to reopen the lawsuit at the request of any party to enforce the terms of the settlement, or address any other matter in the lawsuit.

                                                                                                                        :    02

                                                                    Initials of Preparer    JG